STATE OF NEW JERSEY v. CALVIN CURRIE

December 15, 1970. Petition for certification denied.

WILLIAM MONKS v.
NEW JERSEY STATE PAROLE BOARD, *ET AL*

December 15, 1970. Petition for certification granted.

STATE OF NEW JERSEY v. HERBERT GELMINE

December 15, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ISAIAH HOLMES

December 15, 1970. Petition for certification denied.

HERBERT HAUSER v. ERWIN KARP

December 15, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER JOHNSON

December 15, 1970. Petition for certification denied.